## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOUTH HILLS AREA COUNCIL<br>OF GOVERNMENTS, et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 13-7457 |
| | : | |
| VERIZON PENNSYLVANIA LLC, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 15th day of December, 2014, upon consideration of "Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint" (doc. no. 19), the response and reply thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

- Defendants' motion is **GRANTED** in its entirety.  Counts I, II, III, and IV of the first amended complaint are **DISMISSED** as to all Defendants.

- The Clerk of Court shall mark this case **CLOSED**.


BY THE COURT:

/s/ Mitchell S. Goldberg

_____

**Mitchell S. Goldberg**